**Order entered January 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01671-CV

---

### IN THE INTEREST OF T.L.B., A MINOR CHILD

---

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 06-0634-59**

---

## ORDER

Because our records reflect the record is not due until March 8, 2014, we **DENY** court reporter Cindy Bardwell's January 7, 2014 motion to extend time to file the record as premature and without prejudice to refiling should an extension become necessary later.

/s/     ELIZABETH LANG-MIERS
          JUSTICE